UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62178-CIV-SMITH

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

HERMAN A. NADAL, MD, PA., *et al.*,

    Defendants.

_____/

### NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT

This matter is before the Court on Plaintiff's Notice of Settlement [DE 32], indicating that this matter has been settled. Upon consideration, it is hereby

**ORDERED** that

(1) The parties shall file their Joint Stipulation of Dismissal on or before **April 15, 2024.** Failure to comply with this Order may result in the final dismissal of this case.

(2) All pending motions not otherwise ruled upon are **DENIED as moot**.

(3) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 15th day of March, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record