# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62178-RS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

HERMAN A. NADAL, MD, PA, a Florida Profit Corporation and TAFT MEDICAL OFFICE, LLC, a Florida Limited Liability Company,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate that:

1. All the modifications necessary to correct the alleged violations of the ADA as contained in Plaintiff's Complaint have been completed to the satisfaction of the Plaintiff at the subject property, which is located at 6710 Taft Street, Hollywood, FL 33024 (the "Property"). The parties acknowledge that Defendants are not required to make any other modifications to the property;

2. Plaintiff's claims are to be dismissed in their entirety with prejudice, and except as otherwise agreed to between the parties, the parties shall bear their own attorney's' fees and costs; and

3. The Court shall retain jurisdiction for 60 days for the purposes of enforcing the terms of their settlement agreement.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff

By: *Michael Anthony Pancier*
Michael Anthony Pancier, Esq.
Florida Bar No. 958484
Law Offices of Michael A. Pancier, P.A.
9000 Sheridan Street, Suite 93
Pembroke Pines, FL 33024
Telephone: (954) 862-2217
Facsimile: (954) 862-2287
Email: mpancier@pancierlaw.com
Attorney for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:23-cv-62178-RS

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

HERMAN A. NADAL, MD, PA, a Florida Profit Corporation and TAFT MEDICAL OFFICE, LLC, a Florida Limited Liability Company
      Defendants.
_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 15, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfirmpa@gmail.com
Attorneys for Plaintiff